# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————————

Case No. 6D23-1655
Lower Tribunal No. 2016-CF-005717-A-O

——————————————————

DORALL DANIEL MARSHALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

——————————————————

Appeal from the Circuit Court for Orange County.
Renee A. Roche, Judge.

June 4, 2024

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED